Dismissed and Memorandum Opinion filed April 17, 2008








Dismissed
and Memorandum Opinion filed April 17, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00097-CV

____________

 

JAMES AJIM@ RUTHERFORD, Appellant

 

V.

 

LINDA A. GALVAN, Appellee

 



 

On Appeal from the
400th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 07-CV-154,598A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a summary judgment made final by a severance order signed
December 20, 2007.  On April 10, 2008, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
17, 2008.

Panel consists of Chief Justice Hedges and Justices
Fowler and Boyce.